**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

11 MAY -4 AM 11: 04

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:11-CR-241-T-33EAJ

JOHN T. PARISI

29 U.S.C. § 439(c)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

### FALSE ENTRY IN, OR WILLFUL CONCEALMENT, ETC., OF BOOKS AND RECORDS

1. At all times material to this Information, The International Brotherhood of Electrical Workers Local Union 682 (IBEW Local 682) in St. Petersburg, in the Middle District of Florida, was a labor organization in an industry affecting commerce and subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, et seq.

2. On or about March 12, 2007, in the Middle District of Florida and elsewhere, the defendant,

JOHN T. PARISI,

did willfully make a false entry in and conceal, withhold, and destroy books, records, reports and statements required to be kept by Title 29, United States Code, Section 436, that is, the defendant willfully falsified an IBEW Local 682 voucher requesting payment for time spent on union business when the defendant had already been paid for that time by his employer.

All in violation of Title 29, United States Code, Section 439(c).

ROBERT E. O'NEILL
United States Attorney

By: *[signature]*
AMANDA L. RIEDEL
Assistant United States Attorney

By: *[signature]*
ROBERT A. MOSAKOWSKI
Assistant United States Attorney
Chief, Economic Crimes Section